OSBORNE, Respondent, v. EQUITABLE ACC. ASS'N, Appellant.

*(Supreme Court, General Term, Fourth Department.　February 13, 1892.)*

Action by Bryan H. Osborne against the Equitable Accident Association of Binghamton.

No opinion.　Interlocutory judgment affirmed, with costs, with leave to answer upon payment of costs of the demurrer and of this appeal.

---

PEASE, Respondent, v. PEASE et al., Appellants.

*(Supreme Court, General Term, Fourth Department.　February 13, 1892.)*

Action by Augustin H. Pease, as executor, against Benjamin F. Pease and others.

No opinion.　Judgment affirmed, with costs of the appellants and respondent payable out of the funds.

---

SAVELLE, Appellant, v. WAUFUL et al., Respondents.

*(Supreme Court, General Term, Fourth Department.　February 13, 1892.)*

No opinion.　Judgment and order affirmed, with costs.　For former reports, see 13 N. Y. Supp. 953; 16 N. Y. Supp. 219.

---

SMITH, Respondent, v. BOUTON, Appellant.

*(Supreme Court, General Term, Fourth Department.　February 13, 1892.)*

Action by Thomas S. Smith against James H. Bouton.

No opinion.　Judgment and order affirmed, with costs.

---

SHULLENBURG, Superintendent of the Poor, Appellant, v. DOUGLAS, Overseer of the Poor, Respondent.

*(Supreme Court, General Term, Fourth Department.　February 13, 1892.)*

Action by Joseph H. Shullenburg, as superintendent of the poor of Schuyler county, against James M. Douglas, as overseer of the poor of the town of Newfield.

No opinion.　Judgment and order affirmed, with costs.

---

TUTTLE v. RUBY.

*(Supreme Court, General Term, Fourth Department.　February 13, 1892.)*

Action by Daniel M. Tuttle, as assignee, against Richard B. Ruby.

No opinion.　Judgment ordered for the defendant, with costs.

---

VAN MARTER, Appellant, v. VAN MARTER, Respondent.

*(Supreme Court, General Term, Fourth Department.　February 13, 1892.)*

Action by Mary E. Van Marter against Sylvanus Van Marter.

No opinion.　Judgment and order reversed on the law and facts, and a new trial ordered, with the costs of this appeal to the appellant.

---

VAN VLECK et al., Respondents, v. ENOS et al., Appellants.

*(Supreme Court, General Term, Fourth Department.　February 13, 1892.)*

Action by Uri V. Vleck and others against Emilus J. Enos and others.

No opinion.　Order reversed, with $10 costs and disbursements, and motion granted *nunc pro tunc*, without costs.